UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WANDERSON ORLANDO ACOSTA,

Petitioner,

v. Case No.: 2:26-cv-02518-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondent.

______________________________/

**OPINION AND ORDER**

Before the Court are Wanderson Orlando Acosta's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 5), and Acosta's reply (Doc. 6).

Acosta, a noncitizen in immigration detention, sought habeas relief from this Court in M.D. Fla. Case No. 2:26-cv-2389-SPC-KRH. The Court denied the petition because an immigration judge had ordered Acosta removed, and Acosta waived appeal. As a result, Acosta was subject to an administratively final removal order, and the Court found detention lawful under 8 U.S.C. § 1231. Acosta now claims the circumstances have changed because he filed a notice of appeal with the Board of Immigration Appeals (BIA), and the BIA confirmed receipt. But acknowledging receipt of a filing is a routine, administrative action. It does not indicate the BIA has accepted the appeal

and reopened removal proceedings. In fact, the EOIR's automated case information system indicates the BIA has not reopened Acosta's case.

Accordingly, Acosta remains lawfully detained under § 1231, and his Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record